AO91 (Rev. 12/03)   Criminal Complaint                                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:15-po-01535 |

Juan MARTINEZ
IAE A205 495 799
Mexico 1986

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 08, 2015** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Juan MARTINEZ was encountered by Border Patrol Agents near Havanna, Texas on February 8, 2015. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on February 8, 2015 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Ibarra, Julio  Border Patrol Agent
Signature of Complainant

Ibarra, Julio    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 10, 2015                                                          at    McAllen, Texas
Date                                                                                    City/State

Dorina Ramos              U.S. Magistrate Judge
Name of Judge             Title of Judge                                   Signature of Judge